In The Matter of Teresa LAUDER-DALE, for herself and on behalf of her two minor children, JK age 5, DK age 8, Debtor

Teresa Lauderdale, for herself and on behalf of her two minor children, JK age 5, DK age 8, Appellant

v.

Imogen S. Papadopoulos, Appellee.

No. 06–20879.

United States Court of Appeals, Fifth Circuit.

Feb. 9, 2012.

Kevin Scott Ranlett, Esq., Mayer Brown, L.L.P., Washington, DC, for Appellant.

Chad Flores, Esq., David Michael Gunn, Beck, Redden & Secrest, L.L.P., James B. Jameson, Jr., Esq., James B. Jameson & Associates, P.C., Houston, TX, for Appellee.

Before REAVLEY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by that court. As was explained, this court held in *Dvorak v. Carlson,* 986 F.2d 940 (5th Cir. 1993), that attorney fees owed to the guardian/attorney ad litem of a child are not dischargeable. The court repeated

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that holding in *Hudson v. Raggio,* 107 F.3d 355 (5th Cir.1997). The decision of the Tenth Circuit in *Lowther v. Lowther,* 321 F.3d 946 (10th Cir.2002), is not favorable to the appellant here, because that court found unique circumstances for the one case and rejected the view that an exception should be allowed for a custodial parent.

AFFIRMED.